UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DONALD C. DORNIN, JR., | ) |
| Plaintiff(s), | ) Case No. 2:14-cv-02034-JCM-NJK |
| vs. | ) ORDER |
| CHRISTOPHER CHURCH, et al., | ) (Docket Nos. 1, 2) |
| Defendant(s). | ) |

On December 4, 2014, Plaintiff, proceeding *pro se*, filed an application to proceed *in forma pauperis*. Docket No. 1. The application and attached Complaint do not comply with Federal Rule of Civil Procedure 5.2(a) as they contain improper confidential information.[1] Rule 5.2 provides that a filing should not contain the name of an individual known to be a minor. Fed.R.Civ.P. 5.2(a).

. . .

. . .

. . .

. . .

. . .

---

[1] Unless the court orders otherwise, in an electronic or paper filing with the court that contains an individual's social-security number, taxpayer-identification number, or birth date, the name of an individual known to be a minor, or a financial-account number, a party or nonparty making the filing may include only:
    (1) the last four digits of the social-security number and taxpayer-identification number;
    (2) the year of the individual's birth;
    (3) the minor's initials; and
    (4) the last four digits of the financial-account number.

1  Based upon the foregoing,

2  **IT IS SO ORDERED**:

3  1. The Clerk of the Court shall seal the document at Docket No. 1.

4  2. Plaintiff shall file a redacted version of his application to proceed *in forma pauperis* and attach a redacted Complaint in compliance with Federal Rule of Civil Procedure 5.2, no later than February 2, 2015.

7  3. Failure to file a redacted application and Complaint by February 2, 2015, will result in denial of Plaintiff's application to proceed *in forma pauperis*.

9  4. Plaintiff's motion for necessary documents to amend Count III (Docket No. 2) is hereby **DENIED** as moot.

DATED: January 2, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge

- 2 -